IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02785-BNB

RALPH VINCENT MARTIN, and
MARGARET A. MARTIN,

    Plaintiffs,

v.

CATHY CARRIGAN, Denver County probation officer in her official and personal
    capacities,
WESLEY ZUBER, Denver County probation officer in his official and personal
    capacities,
SCOTT PRENDERGAST, Denver County probation officer supervisor of sex offender
    unit, in his official and personal capacities, and
JOHN DOES NUMBERS 1-10, in their official and personal capacities,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 23, 2012, at Denver, Colorado.

                                                                 BY THE COURT:

                                                      *s/Craig B. Shaffer*
                                                      United States Magistrate Judge