IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02785-CMA-MEH

RALPH VINCENT MARTIN and
MARGARET A. MARTIN,

      Plaintiffs,

v.

CATHY CARRIGAN, Denver County probation officer in her official capacity,
CATHY CARRIGAN, in her personal capacity,
WESLEY ZUBER, Denver County probation officer in his official capacity,
WESLEY ZUBER, in his personal capacity,
SCOTT PRENDERGAST, Denver County probation officer, supervisor of sex offender unit, in his
official capacity,
SCOTT PRENDERGAST, in his personal capacity, and
JOHN DOES NUMBERS 1-10, in their official and personal capacities,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 25, 2013.**

The Unopposed Motion to Vacate and Reset Scheduling Conference [filed February 22, 2013; docket #22] filed by Defendants Cathy Carrigan, Wesley Zuber, and Scott Pendergast ("the Probation Defendants") is **granted**. The Scheduling Conference currently set for February 28, 2013 is vacated and rescheduled to **March 18, 2013**, at **9:45 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

Parties or lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling conferences by telephone. Please contact Chambers at (303) 844-4507 at least five business days prior to the scheduling conference to arrange appearance by telephone. Lawyers appearing by telephone must ensure that the proposed Scheduling Order is filed electronically and by email no later than five business days prior to the scheduling conference, in accordance with the instructions in this minute order.

It is further ORDERED that counsel for the parties in this case are to hold a pre-scheduling conference meeting and jointly prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) on or before **February 28, 2013**. Pursuant to Fed. R. Civ. P. 26(d), no discovery shall be submitted until after the pre-scheduling conference meeting, unless otherwise ordered or directed by the Court.

The parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures V.L., **no later than five (5) business days** prior to the scheduling conference.  **The proposed Scheduling Order is also to be submitted in a useable format (_i.e._, Word or WordPerfect only) by email to Magistrate Judge Hegarty at _Hegarty_Chambers@cod.uscourts.gov_.**

Parties not participating in ECF shall file their proposed Scheduling Order on paper with the clerk's office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to file the proposed scheduling order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded in richtext format from the Standardized Order Forms section of the Court's website, found at http://www.co.uscourts.gov/forms_frame.htm.**  All Scheduling Conferences held before a Magistrate Judge utilize the same scheduling order format, regardless of the District Judge assigned to the case.

Any out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the Scheduling Conference.

The parties are further advised that they shall not <u>assume</u> that the Court will grant the relief requested in any motion.  Failure to appear at a Court-ordered conference or to comply with a Court-ordered deadline which has not be vacated by Court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  _See_ D.C. Colo. LCivR 83.2B.