IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02785-CMA-MEH

RALPH VINCENT MARTIN and
MARGARET A. MARTIN,

      Plaintiffs,

v.

CATHY CARRIGAN, Denver County probation officer in her official capacity,
CATHY CARRIGAN, in her personal capacity,
WESLEY ZUBER, Denver County probation officer in his official capacity,
WESLEY ZUBER, in his personal capacity,
SCOTT PRENDERGAST, Denver County probation officer, supervisor of sex offender unit, in his official capacity,
SCOTT PRENDERGAST, in his personal capacity, and
JOHN DOES NUMBERS 1-10, in their official and personal capacities,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 3, 2013.**

      Before the Court is Defendants' [Unopposed] Motion for Leave to Depose Plaintiff Ralph Vincent Martin, an Incarcerated Party [filed October 1, 2013; docket #29]. Fed. R. Civ. P. 30(a)(2)(b) requires a party to obtain leave of court to depose a person confined in prison. As Plaintiff is confined to the custody of the Fremont Correctional Facility in Canon City, Colorado, Defendants properly seek permission from the Court to conduct Plaintiff's deposition. Accordingly, the Court **grants** Defendants' Motion and permits Defendants to depose Plaintiff at the Fremont facility.