IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02785-CMA-MEH

RALPH VINCENT MARTIN and
MARGARET A. MARTIN,

    Plaintiffs,

v.

CATHY CARRIGAN, Denver County probation officer in her official capacity,
CATHY CARRIGAN, in her personal capacity,
WESLEY ZUBER, Denver County probation officer in his official capacity,
WESLEY ZUBER, in his personal capacity,
SCOTT PRENDERGAST, Denver County probation officer, supervisor of sex offender unit, in his official capacity,
SCOTT PRENDERGAST, in his personal capacity, and
JOHN DOES NUMBERS 1-10, in their official and personal capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 9, 2013.**

    The Plaintiffs' Unopposed Motion to Modify the Scheduling Order and Extend the Discovery Cut-off and Dispositive Motions Date [filed December 8, 2013; docket #35] is **granted**. For good cause shown, paragraph 9 of the Scheduling Order in this case [docket #28] shall be modified as follows:

b.    Discovery cutoff: January 16, 2014.

c.    Dispositive Motions deadline: February 4, 2014.

All other deadlines and conference dates will remain the same.