**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02785-CMA-MEH

RALPH VINCENT MARTIN, and
MARGARET A. MARTIN,

      Plaintiffs,

v.

CATHY CARRIGAN, Denver County probation officer,
   in her official and personal capacities,
WESLEY ZUBER, Denver County probation officer,
   in his official and personal capacities,
SCOTT PRENDERGAST, Denver County probation officer supervisor of
   sex offender unit, in his official and personal capacities, and
JOHN DOES 1-10, in their official and personal capacities,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

     Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Joint

Stipulation To Dismiss All Claims (Doc. # 40), signed by the attorneys for the parties

hereto, it is

     ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

his or her own attorney fees and costs.

     DATED:  January __17__, 2014

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Court Judge